

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-16-00146-CV |
| JEROME WAGNER AND CHERISSE WAGNER, | § | |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 1 |
| v. | § | of Tarrant County, Texas |
| STERLING TRUST, | § | (TC# 2016-002557-1) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2016.

STEVEN L. HUGHES, Justice

August 31, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.